**UNITED STATES BANKRUPTCY COURT**

EASTERN **DISTRICT OF** NEW YORK

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRISCO PROPERTIES LLC | § | Case No. 817-76547 REG |
| | § | |
| Debtor | § | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 10/24/2017 . The case was converted to one under Chapter 7 on 11/11/2017 . The undersigned trustee was appointed on 11/11/2017 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $        773,619.70

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,517.31 |
| Bank service fees | 0.00 |
| Other payments to creditors | 672,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]        $ | 96,102.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/05/2018  and the deadline for filing governmental claims was  06/05/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 41,930.99 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 41,930.99 , for a total compensation of $ 41,930.99 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 44.00 , for total expenses of $ 44.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/03/2020                      By:/s/ALLAN B. MENDELSOHN
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

Case No:          817-76547      REG    Judge: ROBERT E. GROSSMAN
Case Name:        BRISCO PROPERTIES LLC

For Period Ending:  02/03/20

Trustee Name:                          ALLAN B. MENDELSOHN
Date Filed (f) or Converted (c):       11/11/17 (c)
341(a) Meeting Date:                   12/05/17
Claims Bar Date:                       03/05/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 800REAL PROPERTY - Woodmere, NY (u) 944 Northfield Road, Woodmere, NY 11598 Sold at auction to the successful bidder for $770,000.00 pursuant to order dated November 2, 2018 | 0.00 | 170,000.00 | | 773,619.70 | FA |
| 2. CAUSE OF ACTION possible preference/fraudulent conveyance claims | 0.00 | 100,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $0.00        $270,000.00          $773,619.70        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated for equity/liens in real property and for meritorious grounds to pursue prosecution of
preference/fraudulent conveyance actions. Pursued sale of real proprty upon reaching agreement with secured creditor to
conduct short sale - with court approval.

Initial Projected Date of Final Report (TFR): 06/30/19        Current Projected Date of Final Report (TFR): 06/30/19

LFORM1    **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*        Ver: 22.02c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 817-76547 -REG | | | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|---|
| Case Name: | BRISCO PROPERTIES LLC | | | Bank Name: | Empire National Bank |
| | | | | Account Number / CD #: | *******7675 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 20-1919911 | | | | |
| For Period Ending: | 02/03/20 | | | Blanket Bond (per case limit): | $ 48,172,046.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/19/18 | 1 | CHASE<br>Cashier's Check for<br>Pronto Solutions, LLC | PURCHASE DEPOSIT<br>Deposit by successful auction bidder towards<br>purchase of 944 Northfield Road, Woodmere, New<br>York real property - subject to court approval | 1210-000 | 60,000.00 | | 60,000.00 |
| 10/22/18 | 1 | CHASE CASHIER'S CHECK<br>for Pronto Solutions, LLC | PURCHASE DEPOSIT<br>Supplemental Deposit by successful auction bidder<br>towards purchase of 944 Northfield Road, Woodmere,<br>New York real property - subject to court approval | 1210-000 | 17,000.00 | | 77,000.00 |
| 01/03/19 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET - SUITE 420<br>NEW ORLEANS, LA  70139 | TRUSTEE BOND<br>Chapter 7 Blanket Bond - EDNY<br>Bond No. 016027942 | 2300-000 | | 24.25 | 76,975.75 |
| 01/30/19 | | CHASE<br>Cashier's check for<br>Barry M. Kleinman | PROCEEDS FROM SALE<br>Balance of sale proceeds from January 30, 2019<br>closing of real estate sale per order dated November 2,<br>2018 | | 696,619.70 | | 773,595.45 |
| | 1 | CHASE | Memo Amount:        693,000.00<br>PROCEEDS FROM SALE | 1210-000 | | | |
| | 1 | CLOSING ADJUSTMENT | Memo Amount:          3,619.70<br>closing adjustment<br>Closing adjustment for real estate/school taxes | 1290-000 | | | |
| 01/30/19 | 000102 | Wells Fargo Bank, N.A.<br>c/o Stein, Wiener & Roth, L.L.P.<br>One Old Country Road, Suite 113<br>Carle Place, NY  11514 | LIEN PAYMENT<br>pursuant to November 2, 2018 Order<br>Premises: 944 Northfield Road, Woodmere, NY<br>11598 | 4110-000 | | 672,000.00 | 101,595.45 |
| 01/30/19 | 000103 | Bellmore Lock & Alarm, Inc.<br>2244 Elliot Street<br>Merrick, NY  11566 | 01/09/19 Invoice No. 9222 | 2420-000 | | 119.49 | 101,475.96 |
| 01/30/19 | 000104 | Valentino Plumbing and Heating | 01/16/19 Invoice No. 6 | 2420-000 | | 600.00 | 100,875.96 |

Page Subtotals        773,619.70        672,743.74

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  2

Exhibit B

| | | |
|---|---|---|
| Case No: | 817-76547  -REG | |
| Case Name: | BRISCO PROPERTIES LLC | |
| | | |
| Taxpayer ID No: | 20-1919911 | |
| For Period Ending: | 02/03/20 | |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******7675  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 48,172,046.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/19 | 000105 | 72 Frost Pond Road<br>Glen Cove, NY  11542<br>TRUSTEE INSURANCE AGENCY<br>2813 West Main<br>Kalamazoo, MI  49006 | INSURANCE PREMIUM PAYMENT<br>01/31/19 Statement # 3606<br>Premises: 944 Northfield Rd., Woodmere, NY  11598 | 2420-000 | | 4,060.44 | 96,815.52 |
| 03/06/19 | 000106 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W<br>ROCKVILLE CENTRE, NY  11570 | ACCOUNTANT FEES<br>pursuant to December 17, 2018 order and March 5,<br>2019 invoice for preparation of estate tax returns | 3410-000 | | 500.00 | 96,315.52 |
| 03/18/19 | 000107 | PSEG Long Island<br>PO Box 9050<br>Hicksville, NY  11802-9050 | UTILITY CHARGES<br>Customer ID: 0522-9008-41-1<br>Account No: 1122341025 | 2990-000 | | 13.13 | 96,302.39 |
| 02/03/20 | 000108 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W<br>ROCKVILLE CENTRE, NY  11570 | ACCOUNTANT FEES<br>pursuant to December 17, 2018 order and January 28,<br>2020 invoice for preparation of estate tax returns | 3410-000 | | 200.00 | 96,102.39 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 696,619.70 | COLUMN TOTALS | 773,619.70 | 677,517.31 | 96,102.39 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 773,619.70 | 677,517.31 | |
| Memo Allocation Net: | 696,619.70 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 773,619.70 | 677,517.31 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 696,619.70 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******7675 | 773,619.70 | 677,517.31 | 96,102.39 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 696,619.70 | | 773,619.70 | 677,517.31 | 96,102.39 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 4,773.57 |

Ver: 22.02c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 817-76547  -REG |
| Case Name: | BRISCO PROPERTIES LLC |
| | |
| Taxpayer ID No: | 20-1919911 |
| For Period Ending: | 02/03/20 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******7675  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 48,172,046.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 03, 2020

Case Number:    817-76547
Debtor Name:    BRISCO PROPERTIES LLC

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class    Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 050 4110-00 | Wells Fargo Bank, N.A. c/o Stein, Wiener & Roth, L.L.P. One Old Country Road, Suite 113 Carle Place, NY  11514 | Secured  satisfaction of lien pursuant to November 2, 2018 Order from proceeds of January 30, 2019 closing on sale of premises: 944 Northfield Road, Woodmere, NY  11598 | $672,000.00 | $672,000.00 | $0.00 |
|  | Subtotal for Class Secured | | $672,000.00 | $672,000.00 | $0.00 |
| 2420-75 | TRUSTEE INSURANCE AGENCY 2813 West Main Kalamazoo, MI  49006 | Administrative  01/31/19 Statement # 3606 Premises: 944 Northfield Rd., Woodmere, NY  11598 Insurance coverage premium paid per 11/02/18 order. | $4,060.44 | $4,060.44 | $0.00 |
| 001 2700-00 | CLERK OF THE COURT U.S. BANKRUPTCY COURT ALFONSE M. D'AMATO U.S. COURTHOUSE 290 FEDERAL PLAZA P.O. BOX 9013 CENTRAL ISLIP, NY 11722-9013 | Administrative | $0.00 | $0.00 | $0.00 |
| 001 3210-00 | LAMONICA HERBST & MANISCALCO, LLP 3305 JERUSALEM AVENUE WANTAGH, NY  11793 | Administrative  voluntarily reduced from 49,704.25 | $28,736.07 | $0.00 | $28,736.07 |
| 001 3220-00 | LAMONICA HERBST & MANISCALCO, LLP 3305 JERUSALEM AVENUE WANTAGH, NY  11793 | Administrative | $1,263.93 | $0.00 | $1,263.93 |
| 001 3510-00 | MALTZ AUCTIONS, INC. 39 Windsor Place Central Islip, NY  11722 | Administrative | $22,900.00 | $0.00 | $22,900.00 |
| 001 3520-00 | MALTZ AUCTIONS, INC. 39 Windsor Place Central Islip, NY  11722 | Administrative | $5,874.82 | $0.00 | $5,874.82 |
| 001 3410-00 | GARY R. LAMPERT, CPA 100 MERRICK ROAD, SUITE 211-W ROCKVILLE CENTRE, NY  11570 | Administrative | $700.00 | $700.00 | $0.00 |
| 000001 001 2950-00 | U.S. Trustee P.O. Box 530202 Atlanta, GA 30353 | Administrative  (1-1) unpaid quarterly fees assessed under chapter 123 of title 28, United States Code. | $325.00 | $0.00 | $325.00 |
| 999 2420-00 | Valentino Plumbing and Heating 72 Frost Pond Road Glen Cove, NY  11542 | Administrative  01/16/19 Invoice No. 6 - winterization fee paid pursuant to November 2, 2018 order. | $600.00 | $600.00 | $0.00 |
| 999 2420-00 | Bellmore Lock & Alarm, Inc. 2244 Elliot Street Merrick, NY  11566 | Administrative  01/09/19 Invoice No. 9222 - locksmith fee paid pursuant to November 2, 2018 order. | $119.49 | $119.49 | $0.00 |

|  | EXHIBIT C | |
|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | Date: February 03, 2020 |

Case Number:    817-76547

Debtor Name:    BRISCO PROPERTIES LLC

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET - SUITE 420 NEW ORLEANS, LA 70139 | Administrative | | $24.25 | $24.25 | $0.00 |
| | Subtotal for Class Administrative | | | $64,604.00 | $5,504.18 | $59,099.82 |
| 000002 070 7100-00 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILA PA 19101-7317 | Unsecured | | $26,520.00 | $0.00 | $26,520.00 |
| | Subtotal for Class Unsecured | | | $26,520.00 | $0.00 | $26,520.00 |
| | Case Totals: | | | $763,124.00 | $677,504.18 | $85,619.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 817-76547 REG
Case Name: BRISCO PROPERTIES LLC
Trustee Name: ALLAN B. MENDELSOHN

|  | Balance on hand | $ | 96,102.39 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Wells Fargo Bank, N.A. | $   672,000.00 | $   672,000.00 | $   672,000.00 | $   0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
|---|---|---|
| Remaining Balance | $ | 96,102.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ALLAN B. MENDELSOHN | $   41,930.99 | $   0.00 | $   39,868.18 |
| Trustee Expenses: ALLAN B. MENDELSOHN | $   44.00 | $   0.00 | $   41.83 |
| Attorney for Trustee Fees: LAMONICA HERBST & MANISCALCO, LLP | $   28,736.07 | $   0.00 | $   27,322.39 |
| Attorney for Trustee Expenses: LAMONICA HERBST & MANISCALCO, LLP | $   1,263.93 | $   0.00 | $   1,201.75 |
| Accountant for Trustee Fees: GARY R. LAMPERT, CPA | $   700.00 | $   700.00 | $   0.00 |
| Charges: CLERK OF THE COURT | $   0.00 | $   0.00 | $   0.00 |
| Fees: U.S. Trustee | $   325.00 | $   0.00 | $   309.01 |
| Other: MALTZ AUCTIONS, INC. | $   22,900.00 | $   0.00 | $   21,773.42 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: MALTZ AUCTIONS, INC. | $ 5,874.82 | $ 0.00 | $ 5,585.81 |
| Other: Valentino Plumbing and Heating | $ 600.00 | $ 600.00 | $ 0.00 |
| Other: Bellmore Lock & Alarm, Inc. | $ 119.49 | $ 119.49 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 24.25 | $ 24.25 | $ 0.00 |
| Other: TRUSTEE INSURANCE AGENCY | $ 4,060.44 | $ 4,060.44 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 96,102.39

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,520.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000002 | INTERNAL REVENUE SERVICE | $ 26,520.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE